**E-Filed 1/23/2009**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALAN BUSH, | Case Number C 08-3456 JF (RS) |
| Plaintiff, | JUDGMENT |
| v. | |
| DEVON KLEIN, et al., | |
| Defendants. | |

Defendants' motion to dismiss having been granted, IT IS HEREBY ORDERED that judgment is entered in favor of Defendants.

The Clerk of the Court shall close the file.

DATED: January 23, 2009

_____
JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

2  Rebecca L. Moon    rmoon@ci.sunnyvale.ca.us

3  James Alan Bush
4  701 South Abel Street, M-4
   Milpitas, CA 95035
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
Case No. C 08-3456 JF (RS)
ORDER GRANTING MOTION TO DISMISS WITHOUT LEAVE TO AMEND
(JFLC1)