1

2   **E-Filed 1/23/2009**

3

4

5

6

7

8         IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10               SAN JOSE DIVISION

11

12  JAMES ALAN BUSH,                    Case Number C 08-3456 JF (RS)

13                    Plaintiff,        ORDER[1] GRANTING MOTION TO
                                        DISMISS WITHOUT LEAVE TO
14        v.                            AMEND

15  DEVON KLEIN, et al.,                [re: doc. no. 16]

16                    Defendants.

17

18       Defendants Devon Klein and Sunnyvale Department of Public Safety (collectively,

19  "Defendants") move to dismiss Plaintiff's complaint for failure to prosecute.  On October 26,

20  2008, the Court granted Defendants' motion to dismiss for failure to state a claim, with leave to

21  amend.  The Court instructed Plaintiff that any amended complaint must be filed within thirty

22  days of the order.  Plaintiff did not filed an amended pleading.  Plaintiff also did not file

23  opposition to the instant motion or appear at the hearing for oral argument on January 23, 2009.

24       A defendant may move for dismissal of an action for failure to prosecute or failure to

25  comply with court orders.  Fed. R. Civ. P. 41(b).  In determining whether to dismiss a case under

26  Rule 41(b), a district court should consider five factors:  (1) the public's interest in expeditious

27  _____

28       [1] This disposition is not designated for publication in the official reports.

Case No. C 08-3456 JF (RS)
ORDER GRANTING MOTION TO DISMISS WITHOUT LEAVE TO AMEND
(JFLC1)

resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring the disposition of cases on their merits; and (5) the availability of less drastic sanctions. *In re Eisen*, 31 F.3d 1447, 1451 (9th Cir. 1994) (failure to prosecute); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (failure to comply with court orders).

In the instant case, the first two factors—the public's interest in expeditious resolution of litigation and the court's need to manage its docket—weigh in favor of dismissal. Plaintiff has failed to respond to the Court's instructions as set forth in its prior order of dismissal. This inaction hinders the Court's ability to manage its docket and indicates that Plaintiff does not intend to litigate this case with reasonable diligence.

The third factor—prejudice to defendants—also weighs in favor of dismissal. Although no showing of actual prejudice was made, prejudice is presumed from unreasonable delay. *Moore v. Telfon Commc'ns Corp.*, 589 F.2d 959, 967 (9th Cir. 1978); *Cristanelli v. U.S. Lines*, 74 F.R.D. 590, 593 (C.D. Cal. 1977). Nothing suggests that such a presumption is unwarranted in this case. Moreover, requiring Defendants to continue to litigate this action will result in the wasteful expenditure of both Defendants' and this Court's time and resources.

The fourth factor reflects the public policy that cases should be decided on their merits. Despite this policy, however, it is a plaintiff's responsibility "to move towards that disposition at a reasonable pace, and to refrain from dilatory and evasive tactics." *Morris v. Morgan Stanley*, 942 F.2d 648, 652 (9th Cir. 1991). Plaintiff has not discharged these responsibilities. In the circumstances here, the public policy favoring resolution of disputes on their merits does not outweigh Plaintiff's failure to prosecute this case. Finally, the fifth and final factor—availability of less drastic sanctions—also supports dismissal. It does not appear that Plaintiff intends to prosecute this case.[2] Plaintiff has filed multiple actions in this Court and has contacted the Court

---

[2] This Court has dismissed several other cases filed by Plaintiff due to failure to prosecute, including case numbers 07-CV-00831-JF (*Bush v. Sunnyvale Police Dep't*), 5:07-CV-03641-JF (*Bush v. Bichel*), 5:07-CV-03942-JF (*Bush v. Santa Clara Valley Med. Ctr.*), 5:07-CV-04241-JF (*Bush v. Pinto*), 5:07-CV-04261-JF (*Bush v. Bickel*), 5:07-CV-04460-JF

Case No. C 08-3456 JF (RS)
ORDER GRANTING MOTION TO DISMISS WITHOUT LEAVE TO AMEND
(JFLC1)

1    on numerous prior occasions, and his silence with respect to the instant case indicates that he has

2    no intent of pursuing the matter further. Accordingly, dismissal is appropriate.

3         Good cause therefor appearing, IT IS HEREBY ORDERED that Defendants' motion to

4    dismiss is GRANTED, without leave to amend.

5

6

7    DATED: January 23, 2009

8

9                                    _____

10                                   JEREMY FOGEL
                                  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 ————————————

28    (*Bush v. Cao*), and 5:08-CV-00539-JF (*Bush v. U.S. Attorney General*).

Case No. C 08-3456 JF (RS)
ORDER GRANTING MOTION TO DISMISS WITHOUT LEAVE TO AMEND
(JFLC1)

1   This Order has been served upon the following persons:

2   Rebecca L. Moon      rmoon@ci.sunnyvale.ca.us

3
    James Alan Bush
4   701 South Abel Street, M-4
    Milpitas, CA 95035
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4